IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:22-00010

TED ALLEN TOPEKA, SR.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant for a continuance of trial and all related deadlines.  (ECF No. 30.) In support of defendant's motion, counsel for defendant explains that discovery in this matter, which the government has supplemented twice, amounts to over 10,000 pages of material, and counsel needs additional time to review this discovery and advise defendant.  At this point, counsel is unable "to make any meaningful decisions about effectively presenting a defense at Mr. Topeka's trial, or in making related decisions regarding meaningful pretrial motions which would aid the Court in administering defendant's case."  (Id. at 2.)  Furthermore, defendant is in custody in Kentucky, where in-person attorney visits are currently prohibited.

Defendant asks for a continuance of at least 45 days.  He acknowledges that he will remain in custody and that the time between the existing trial date and new trial date should be treated as excludable time under the Speedy Trial Act.  The

government does not oppose the motion.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1.   The deadline for the filing of pretrial motions is continued to **April 29, 2022;**

2.   The Pretrial Motions Hearing is continued to **May 6, 2022, at 11:30 a.m.** in Charleson;

3.   Jury Instructions and Proposed Voir Dire are due by **May 31, 2022;**

4.   Trial of this action is continued to **June 7, 2022, at 9:30 a.m.** in Charleston; and

5.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

2

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 15th day of March, 2022.

ENTER:

David A. Faber
Senior United States District Judge